# NO IMAGE AVAILABLE FOR THIS DOCKET ENTRY